UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FLOYD JENNINGS,

    Plaintiff,

v.                                          Case No. 2:05-cv-112
                                                                               HON. GORDON J. QUIST

ROBERT WICKSTROM, et al.,

    Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.      The Report and Recommendation of the Magistrate Judge (Docket #50) is approved and adopted as the opinion of the Court.

        2.      Defendants' motion for summary judgment (docket #26) is GRANTED, plaintiff's motions for injunctive relief (docket ## 35, 48) are DENIED, and this case is DISMISSED in its entirety.

        3.      The Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.

Dated:    May 23, 2006                      /s/ Gordon J. Quist
                                                                      Gordon J. Quist
                                                                      United States District Judge