UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| Floyd Jennings | ) | |
| | ) | |
| v. | ) | No 2:05-cv-112 |
| | ) | HON. R. ALLAN EDGAR |
| Robert Wickstrom, et al | ) | |

**ORDER**

For the reasons expressed in the Report and Recommendation (Court Document #153) of the U.S. Magistrate Judge, Plaintiff's motion for a preliminary injunction (Court Document #138) is DENIED

SO ORDERED.


Dated:   8/22/07               /s/ R. Allan Edgar
                         R. ALLAN EDGAR
                         UNITED STATES DISTRICT JUDGE